FILED

01/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0564

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0564

STATE OF MONTANA,

        Plaintiff and Appellee,

    v.

RYAN WILLIAM MCCAULEY,

        Defendant and Appellant.

## ORDER

Appellant Ryan William McCauley, by counsel, has filed a motion for a 45-day extension of time within which to file his reply brief.

IT IS ORDERED that the motion is DENIED. Appellant shall have 30 days, until February 24, 2021, within which to prepare, file, and serve Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 26 2021